**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Southwest Pipe Services, Inc. v. California Pipe Recycling, Inc.

Appellate case number:   01-16-00176-CV

Trial court case number:  41741

Trial court:                      412th District Court of Brazoria County

Appellant, Southwest Pipe Services, Inc. has filed a notice of appeal of the final judgment signed on January 26, 2016. The appellate record was due in this Court on April 26, 2016. The clerk's record was filed on May 25, 2016. No reporter's record has been filed in the appeal.

On May 6, 2016, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested a reporter's record or paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless it provided written evidence that it had paid, or made arrangements to pay, for the reporter's record, or provided proof that appellant is entitled to proceed without payment of costs by June 6, 2016, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant has not adequately responded. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

**Appellant's brief is due to be filed within 30 days of the date of this order**. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: /s/ <u>Russell Lloyd</u>
       ☑ Acting individually    ☐ Acting for the Court

Date:  June 21, 2016